JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHIN K. HAKAK, | Case No. CV 22-9287-KK-PDx |
| Plaintiff, | |
| v. | JUDGMENT |
| SUSAN G. IGDALOFF, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Granting Defendants' Motions for Partial Summary Judgment,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants Nancy E. Igdaloff and Susan G. Igdaloff on Plaintiff Mahin K. Hakak's First Cause of Action. Plaintiff's First Cause of Action is DISMISSED WITH PREJUDICE. (JS-6)

Dated: May 7, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge